UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-62163-CIV-DIMITROULEAS/SNOW

ACCESS FOR THE DISABLED, INC.,
a Florida corporation;
ROBERT COHEN, an individual; and
PATRICIA KENNEDY, an individual,

    Plaintiffs,

v.

KARAN INVESTMENTS, LLC,
d/b/a SUNOCO GAS STATION

    Defendant.
_____/

**DEFENDANT'S NOTICE OF SETTLEMENT**
**(AND RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE)**

Defendant, KARAN INVESTMENTS, LLC, a Florida limited liability company, by and through undersigned counsel, and in agreement with Plaintiffs' counsel, hereby provides notice that the parties have reached a settlement of all claims in this case (an action alleging public accommodation violations of the Americans with Disabilities Act, 42 U.S.C. §1281, *et seq.* ("ADA") under Title III). The parties are negotiating and drafting the language of a final settlement agreement, which will be in the form of a dismissal and "Stipulation of Settlement," which the parties will then ask the Court to approve and enter. Once this document is drafted and executed (which will be within the next twenty-one (21) days), the parties will promptly file it with the Court.

Dated: December 7, 2011                                          Respectfully submitted,
       Fort Lauderdale, Florida

                                    BY:    s/Dion J. Cassata
                                                Dion J. Cassata, Esq.
                                                Fla. Bar No. 0672564
                                                *dion@cassatahanson.com*

                                                DION CASSATA, P.A.
                                                320 S.E. 10th Court
                                                Fort Lauderdale, Florida 33316

                                                Phone:         (954) 364-7803
                                                Facsimile:    (954) 251-4787

                                                **COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 7, 2011 I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Southern District of Florida using the Court's Case Management/Electronic Case Filing (CM/ECF) system. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the below Service List in the manner specified.

                                                s/Dion J. Cassata
                                                Dion J. Cassata

## SERVICE LIST
CASE NO. 11-62163-CIV-DIMITROULEAS/SNOW

**Douglas Steven Schapiro, Esq.**
*schapiro@schapirolawgroup.com*

Schapiro Law Group, P.L.
7050 W. Palmetto Park Road
Suite 15-271
Boca Raton, FL 33433
Telephone: (561) 807-7388
Facsimile: (561) 807-7198

Attorneys for Plaintiffs